# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> HOMEBANC MORTGAGE CORPORATION, <br><br> Debtor. | Chapter 11 <br><br> Case No. 07-11079 (KJC) |
| In re: <br><br> HOMEBANC CORP., <br><br> Debtor. | Chapter 11 <br><br> Case No. 07-11080 (KJC) |
| In re: <br><br> HOMEBANC FUNDING CORP., <br><br> Debtor. | Chapter 11 <br><br> Case No. 07-11081 (KJC) |
| In re: <br><br> HOMEBANC FUNDING CORP. II, <br><br> Debtor. | Chapter 11 <br><br> Case No. 07-11082 (KJC) |
| In re: <br><br> HMB ACCEPTANCE CORP., <br><br> Debtor. | Chapter 11 <br><br> Case No. 07-11083 (KJC) |
| In re: <br><br> HMB MORTGAGE PARTNERS, LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 07-11084 (KJC) <br><br> **Ref. Docket No. 8** |

# ORDER DIRECTING JOINT ADMINISTRATION
# AND PROCEDURAL CONSOLIDATION

Upon consideration of the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for an order directing joint administration and procedural consolidation of their pending Chapter 11 cases; and the Court having found that good and sufficient cause exists for granting the Motion; it appearing that joint administration and procedural consolidation of these cases will be in the best interests of the Debtors' creditors and estates and will further the economic and efficient administration of these cases; and it further appearing that notice of the Motion was adequate and proper under the circumstances of these cases and that no further notice of the Motion is required; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that, for the reasons set forth in the Motion, the above-captioned cases shall be procedurally consolidated and jointly administered by this Court; and it is further

ORDERED that nothing contained in this Order shall be deemed or construed as directing or otherwise effecting substantive consolidation of the above-captioned cases; and it is further

ORDERED that the caption of the jointly administered Chapter 11 cases shall be as follows:

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HOMEBANC MORTGAGE | ) | Case No. 07-11079 (KJC) |
| CORPORATION, *et al.*, | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

and it is further

ORDERED that a docket entry shall be made in each of the above-captioned cases substantially as follows:

"An order has been entered in this case directing procedural consolidation and joint administration of this case with the Chapter 11 bankruptcy case of HomeBanc Mortgage Corporation, *et al.*, Case No. 07-11079 (KFC). The docket for HomeBanc Mortgage Corporation, *et al.* should be consulted for all matters affecting this case."

Dated: August 14, 2007
Wilmington, Delaware

_____
The Honorable Kevin J. Carey
United States Bankruptcy Judge

DB02:6177891.1      900002.0001